### 15405. HENDRICK *v.* FOSTER.

BROYLES, C. J. The only assignment of error in the bill of exceptions is upon the overruling of the plaintiff's motion for a new trial, which contained only the usual general grounds. From a study of the record it cannot be held that the verdict was not supported by any evidence; and, the finding of the jury having been approved ·by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Attachment; from Heard superior court—Judge Roop. January 19, 1924.

*D. B. Whitaker, S. Holderness,* for plaintiff.

*Hall & Jones,* for defendant.